v.

**Joseph JACKSON, Appellant.**

**No. ED 102000**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: November 24, 2015

**STATE of Missouri, Respondent,**

v.

**Jerrod JONES, Appellant.**

**No. ED 101975**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: November 24, 2015

Amanda Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton, III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM

Jerrod Jones appeals the judgment entered on a jury verdict finding him guilty of unlawful possession of a firearm, Section 571.070 RSMo., possession of an illegal firearm, Section 571.020, RSMo., and resisting a stop, Section 575.150, RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).